IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NATHAN PEATROSS,,

    Plaintiff,

v.                                                Civil Action No. 3:21-cv-546

WILLIAM JUDWARE,

And

LET IT RIDE TRUCKING LLC,

    Defendants.

## NOTICE OF REMOVAL

William Judware and Let It Ride Trucking, LLC ("Defendants") by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal on the following grounds:

1.    The plaintiff commenced this civil action by filing a Complaint in the Circuit Court for Richmond City, Virginia on or about July 23, 2021. See Complaint (Ex. A). This is a personal injury action resulting from a motor vehicle accident on Route 238 in York County, Virginia.

2.    Defendants were served with the Complaint on July 26, 2021. Defendants filed a timely Answer on August 16, 2021. See Answer (Ex. B).

3.    There have been no further proceedings in this action.

4.    The amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.00.

**5.**    By information and belief, the plaintiff is a citizen of the Commonwealth of Virginia.

6. William Judware is a citizen of the Commonwealth of Pennsylvania.

7. Let It Ride is a private company organized under the laws of Pennsylvania and with its principal place of business in Erie, Pennsylvania.

**8.** This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

9. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a). William Judware and Let It Ride Trucking desire to remove this action to this Court.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within thirty (30) days after service of the Plaintiff's Complaint upon the Defendant and is filed not more than one (1) year after the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

11. This Court embraces the place where the state court action is pending.

12. Defendants have given notice of the filing of the Notice of Removal to counsel for the Plaintiff and have caused a copy to be filed with the Clerk of the Circuit Court for Richmond City, Virginia.

WHEREFORE, the defendant, by counsel, respectfully requests that this action be removed from the Circuit Court for Richmond City, Virginia, to this Court.

Dated: August 20, 2021

**TRIAL BY JURY IS DEMANDED.**

WILLIAM JUDWARE

and
LET IT RIDE TRUCKING, LLC,

By Counsel

_____/s/_____
Karissa T. Kaseorg (VSB No. 87685)
*Counsel for Defendants William Judware and Let It Ride Trucking, LLC*
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
kkaseorg@sandsanderson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid and email, on the 20th of August, 2021, to the following:

> Courtney A. Van Winkle (VSB #31639)
> D. Bradley Kent (VSB #89318)
> Allen, Allen, Allen and Allen
> 1809 Staples Mill Road
> Richmond, Virginia 23230
> Telephone: (804) 257-7560
> Facsimile: (804) 257-7589
> courtney.vanwinkle@allenandallen.com
> bradley.kent@allenandallen.com
> *Counsel for Plaintiff*

_____/s/_____