IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NATHAN PEATROSS,

        Plaintiff,

v.                                           Civil Case No. 3:21cv546

WILLIAM JUDWARE &
LET IT RIDE TRUCKING, LLC,

        Defendants.

## FINAL ORDER

On March 17, 2022, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 20.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 March 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge